UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER AMER,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NA,<br><br>    Defendant. | Case No. 17-cv-03872-JCS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 7 |

Defendant Wells Fargo Bank N.A. ("Wells Fargo") moved to dismiss Plaintiff Nader Amer's original complaint. *See* Mot. (dkt. 7). In lieu of an opposition brief, Amer filed an amended complaint on July 28, 2017, superseding the original complaint. *See* 1st Am. Compl. (dkt. 15); Fed. R. Civ. P. 15(a)(1)(B). Wells Fargo's motion to dismiss the original complaint is therefore DENIED AS MOOT, and the hearing previously set for August 18, 2017 is VACATED.[1]

**IT IS SO ORDERED.**

Dated: July 31, 2017

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).